**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**


**ROBERT ANTHONY HUBBARD**

**VS.**                                        **CIVIL ACTION NO. 2:13cv204-KS-MTP**

**SOUTH MISSISSIPPI CORRECTIONAL**
**INSTITUTE, LT. BONNER AND JOHNNY DENMARK**


## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation

of the United States Magistrate Judge entered herein on April 13, 2015, after referral of

hearing by this Court, no objections having been filed as to the Report and

Recommendation, and the Court, having fully reviewed the same as well as the record

in this matter, and being duly advised in the premises, finds that said Report and

Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and

the same hereby is, adopted as the finding of this Court, and the allegations of

deliberate indifference are hereby dismissed with prejudice as to all Defendants.

Further, Defendant SMCI is dismissed as a defendant in this case.  A separate

judgment will be entered herein in accordance with this Order as required by Rule 58 of

the Federal Rules of Civil Procedure.

SO ORDERED, this the 1st day of May, 2015.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE